# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard A. Leines,<br><br>          Plaintiff,<br><br>    v.<br><br>Homeland Vinyl Products, Inc.,<br><br>          Defendant. | Case No. 2:18-cv-00969-KJM-DB<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT**

STIPULATION AND ORDER     1

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiff Richard A. Leines may file a First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P., Rule 15 and this Court's October 11, 2018 Status (Pretrial Scheduling) Order (ECF No. 24), a copy of which is attached hereto as **Exhibit A**.

**IT IS FURTHER HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Defendant Homeland Vinyl Products, Inc. shall have twenty-one (21) days from the Court's entry of this stipulation and order to file a responsive pleading to the FAC.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED: November 15, 2018

**RICHARD A. LEINES**

By: /s/ *Eric Benisek*
*Counsel for the Plaintiff*

Jeffrey T. Lindgren (CASB# 176400)
jlindgren@vbllaw.com
Eric W. Benisek (CASB# 209520)
ebenisek@vbllaw.com
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA  94549
Telephone:     (925) 627-4250
Facsimile:      (925) 403-0900

*Attorneys for Plaintiff Richard A. Leines.*


DATED: November 15, 2018

**HOMELAND VINYL PRODUCTS, INC.**

By: /s/  *Darren G. Reid (Pro Hac Vice) as authorized on 10/15/18*
*Attorney for the Defendant*

GOUGH & HANCOCK LLP GAYLE L. GOUGH (SBN 154398)
gayle.gough@ghcounsel.com
LAURA L. GOODMAN (SBN 142689)
laura.goodman@ghcounsel.com
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: 415-848-8900

HOLLAND & HART LLP
Eric G. Maxfield (pro hac vice)
Darren G. Reid (pro hac vice)
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801)799-5833
Facsimile: (801)799-5700
egmaxfield@hollandhart.com
dgreid@hollandhart.com

*Attorneys for Defendant Homeland Vinyl Products, Inc.*

**ORDER**

FOR GOOD CAUSE SHOWN, the parties stipulation is GRANTED. Plaintiff's First Amended Complaint shall be filed with the court within seven (7) days of this order, and defendant's responsive pleading is due within twenty-one (21) days of the filing of the amended complaint.

IT IS SO ORDERED.

DATED: November 27, 2018.

_____
UNITED STATES DISTRICT JUDGE