GOUGH & HANCOCK LLP
Gayle L. Gough (SBN 154398)
gayle.gough@ghcounsel.com
Laura L. Goodman (SBN 142689)
laura.goodman@ghcounsel.com
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: 415-848-8900

HOLLAND & HART LLP
Eric G. Maxfield (pro hac vice)
Darren G. Reid (pro hac vice)
Brandon T. Christensen (pro hac vice)
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801)799-5833
Facsimile: (801)799-5700
egmaxfield@hollandhart.com
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Defendant*
*Homeland Vinyl Products, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD A. LEINES,<br><br>Plaintiff,<br><br>v.<br><br>HOMELAND VINYL PRODUCTS, INC.,<br><br>Defendant. | **Case No. 2:18-cv-00969-KJM-DB**<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER**<br><br>Judge Kimberly J. Mueller<br>Magistrate Judge Deborah Barnes |

Having considered the parties' Stipulated Motion to Amend Pretrial Scheduling Order, and good cause appearing therefore, the Court now enters the following Amended Scheduling Order as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-Off | November 22, 2019 |
| Opening Expert Reports Due (on issues for which the party bears the burden of proof) | December 6, 2019 |

| Rebuttal Expert Reports Due | January 10, 2020 |
| --- | --- |
| Expert Discovery Cut-off | January 24, 2020 |
| Dispositive Motion Hearing | February 28, 2020 |

DATED this 19th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE