# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard A. Leines,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Homeland Vinyl Products, Inc.,<br><br>　　　　Defendant. | Case No. 2:18-cv-00969-KJM-DB<br><br>**STIPULATION AND ORDER TO TAKE THIRD-PARTY DEPOSITION OUTSIDE FACT DISCOVERY CUT-OFF** |

**STIPULATION AND ORDER TO TAKE THIRD-PARTY DEPOSITION OUTSIDE FACT DISCOVERY CUT-OFF**

STIPULATION AND ORDER　　　　　1

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the deposition of the third-party entity, ICC Evaluation Service, LLC ("ICC"), can be taken outside the current fact discovery cut-off of November 22, 2019.

On September 10, 2019, Plaintiff Richard A. Leines ("Plaintiff") informed Defendant Homeland Vinyl Products, Inc. ("Defendant") of his intent to depose the ICC. On September 16, 2019, Plaintiff's counsel notified counsel for ICC of Plaintiff's intent to take ICC's corporate deposition and requested that the ICC provide available dates when a witness could be deposed. Thereafter, counsel for ICC set out to identify a specific witness to testify on behalf of the ICC and available dates for the deposition.

On November 13, 2019, Plaintiff formerly served ICC with a deposition subpoena for November 22, 2109 because Plaintiff had still yet to receive a firm deposition date from counsel for ICC. Thereafter, counsel for ICC offered two dates – December 3 and 5, 2019 – for deposition. All parties are available to conduct the deposition on December 3, 2019 and can accommodate ICC's availability.

**IT IS FURTHER HEREBY STIPULATED** by and between the parties that no other dates set forth in the Court's scheduling order will be affected by this accommodation.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED: November 27, 2019

**RICHARD A. LEINES**

By: /s/ *Eric Benisek*
*Counsel for the Plaintiff*

Jeffrey T. Lindgren (CASB# 176400)
jlindgren@vbllaw.com
Eric W. Benisek (CASB# 209520)
ebenisek@vbllaw.com
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

*Attorneys for Plaintiff Richard A. Leines.*

STIPULATION AND ORDER 2

DATED: November 27, 2019

**HOMELAND VINYL PRODUCTS, INC.**
By: /s/  *Darren G. Reid (Pro Hac Vice)*
*Attorney for the Defendant*

GOUGH & HANCOCK LLP GAYLE L. GOUGH (SBN 154398)
gayle.gough@ghcounsel.com
LAURA L. GOODMAN (SBN 142689)
laura.goodman@ghcounsel.com
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: 415-848-8900

HOLLAND & HART LLP
Eric G. Maxfield (pro hac vice)
Darren G. Reid (pro hac vice)
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801)799-5833
Facsimile: (801)799-5700
egmaxfield@hollandhart.com
dgreid@hollandhart.com

*Attorneys for Defendant Homeland Vinyl Products, Inc.*

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:  December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE