Gayle L. Gough (SBN 154398)
Laura L. Goodman (SBN 142689)
GOUGH & HANCOCK LLP
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: 415-848-8900
gayle.gough@ghcounsel.com
laura.goodman@ghcounsel.com

Eric G. Maxfield (pro hac vice)
Darren G. Reid (pro hac vice)
Timothy P. Getzoff (pro hac vice)
Brandon T. Christensen (pro hac vice)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801)799-5833
Facsimile: (801)799-5700
egmaxfield@hollandhart.com
dgreid@hollandhart.com
tpgetzoff@hollandhart.com
btchristensen@hollandhart.com

Attorneys for Defendant Homeland Vinyl Products, Inc.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. LEINES,<br><br>Plaintiff,<br><br>v.<br><br>HOMELAND VINYL PRODUCTS, INC.,<br><br>Defendant. | **Case No. 2:18-cv-00969-KJM-DB**<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS**<br><br>Judge Kimberly J. Mueller<br>Magistrate Judge Deborah Barnes |

Having considered the parties' Stipulated Motion for Leave to File Overlength Briefs, and good cause appearing therefore, the Court hereby ORDERS that the parties may file initial moving papers seeking summary judgment totaling up to 30 pages; oppositions to summary judgment totaling up to 30 pages; and replies in support of summary judgment totaling up to 15 pages.

DATED: February 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR OVERLENGTH BRIEFS