Gayle L. Gough (SBN 154398)
Laura L. Goodman (SBN 142689)
GOUGH & HANCOCK LLP
Two Embarcadero Center, Suite 640
San Francisco, CA 94111
Telephone: 415-848-8900
gayle.gough@ghcounsel.com
laura.goodman@ghcounsel.com

Eric G. Maxfield (pro hac vice)
Darren G. Reid (pro hac vice)
Timothy P. Getzoff (pro hac vice)
Brandon T. Christensen (pro hac vice)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801)799-5833
Facsimile: (801)799-5700
egmaxfield@hollandhart.com
dgreid@hollandhart.com
tpgetzoff@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Defendant
Homeland Vinyl Products, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. LEINES,<br><br>Plaintiff,<br><br>v.<br><br>HOMELAND VINYL PRODUCTS, INC.,<br><br>Defendant. | **Case No. 2:18-cv-00969-KJM-DB**<br><br>**TENTH DECLARATION OF BRANDON T. CHRISTENSEN IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE**<br><br>Judge Kimberly J. Mueller<br>Magistrate Judge Deborah Barnes<br>Date: March 4, 2022<br>Time: 10:00 a.m.<br>Location: Courtroom No. 3<br>Trial Date: April 5, 2022 |

I, Brandon T. Christensen, declare that the following is true and correct, and if called as a witness, I could competently testify to the matters hereinafter set forth which are within my personal knowledge:

1. I am an attorney at Holland & Hart, LLP, co-counsel for Defendant Homeland Vinyl Products, Inc. ("Homeland") in the above-captioned action and an associate attorney as Holland & Hart LLP.  I have been admitted pro hac vice to appear in this Court on behalf of Homeland.

2. A true and correct copy of the Expert Report of Chris Rauwendaal is attached as **Exhibit A.**

3. A true and correct copy of the Expert Report of Stephen Daughters is attached as **Exhibit B.**

4. Homeland took the deposition of Chris Rauwendaal on January 23, 2020.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit C**.

5. Leines took the deposition of Ashley Johnson, as Homeland's 30(b)(6) representative, on October 23, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit D**.

6. A true and correct copy of Defendant's Responses to Plaintiff's Second Set of Interrogatories is attached as **Exhibit E**.

7. Homeland took the deposition of Doug Gayner on October 15, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit F**.

8. Homeland took the deposition of Douglas Todd on October 10, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit G**.

9. Homeland took the deposition of Kelly Karcher on October 16, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit H**.

10. Homeland took the deposition of Leon Malmed on October 16, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit I**.

11. Homeland took the deposition of Kraig Riggs on October 16, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit J**.

12. Homeland took the deposition of Kirk Wooldridge, representative for the Tahoe Keys Property Owners Association, on October 16, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit K**.

13. A true and correct copy of the Investigative Report of Dale B. Edwards is attached as **Exhibit L**.

14. Homeland took the deposition of Stephen Daughters on January 22, 2020.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit M**.

15. A true and correct copy of relevant pages of the Richard Hoffman Rebuttal Expert Witness Report is attached as **Exhibit N**.

16. A true and correct copy of Homeland's Responses to Plaintiff's First Set of Interrogatories is attached as **Exhibit O**.

17. Leines took the deposition of Doug House, as Homeland's 30(b)(6) representative, on October 23, 2019.  A true and correct copy of relevant pages of that deposition is attached as **Exhibit P**.

18. Leines and Rauwendaal did not tell Homeland who performed the measurements on the 25 samples referenced in the Rauwendaal Report (the "25 Samples") until they filed the Rauwendaal Declaration (ECF No. 102) on February 21, 2020.

19. Homeland requested that Leines send it the 25 Samples (and all other samples referenced in Rauwendaal's Report) on December 23, 2019, December 27, 2019, and January 2, 2020.  A true and correct copy of this correspondence is attached as **Exhibit Q**.

20. Leines did not ship the 25 Samples until January 31, 2020.  *See* Letter from Padraig O'Connor to Darren Reid, attached as **Exhibit R**.

21. Leines did not inform Homeland regarding or provide the results of his alleged testing with Intertek until December 6, 2019, when he served the Rauwendaal Report.

22. Leines did not reveal that Rauwendaal had allegedly discussed the Intertek testing with a representative of Intertek until it filed the Rauwendaal Declaration on February 21, 2020.

TENTH DECLARATION OF BRANDON T. CHRISTENSEN IN SUPPORT OF
DEFENDANT'S MOTIONS IN LIMINE – 3

23. Leines did not ship the boards allegedly tested by Intertek to Homeland until February 4, 2020. *See* Letter from Padraig O'Connor to Darren Reid, attached as **Exhibit S**.

24. Leines did not ship the single sample analyzed by Rauwendaal to Homeland until January 31, 2020. *See* Letter from Padraig O'Connor to Darren Reid, attached as **Exhibit T**.

25. A true and correct copy of Leines' expert disclosures is attached as **Exhibit U**.

26. A true and correct copy of the Declaration of Mark Knudson is attached as **Exhibit V**.

27. In an email from Eric Benisek to Eric Maxfield, Darren Reid, Brandon Christensen, and others, sent on December 6, 2019 at 11:54 PM PST, Leines disclosed four experts: Stephen R. Daughters, Chris Rauwendaal, Rick Leines, and Rick Amato. A true and correct copy of that email is attached as **Exhibit W**.

28. Homeland took the deposition of Mark Knudson on January 16, 2020. A true and correct copy of relevant pages of that deposition is attached as **Exhibit X**.

29. A true and correct copy of Leines' Responses to Homeland's First Set of Discovery Requests is attached as **Exhibit Y**.

30. Homeland took the deposition of Richard A. Leines on October 8, 2019. A true and correct copy of relevant pages of the deposition is attached as **Exhibit Z**.

31. Homeland took the deposition of Tim Bubniak on October 9, 2019. A true and correct copy of relevant pages of the deposition is attached as **Exhibit AA**.

32. The deposition of the International Code Council Evaluation Service, with Ping Cheng as the corporate designee, occurred on December 3, 2019. A true and correct copy of relevant pages of the deposition is attached as **Exhibit BB**.

33. A true and correct copy of correspondence from Eric Benisek attaching the supplemental declaration and report of Chris Rauwendaal on January 27, 2022 is attached as **Exhibit CC**.

34. A true and correct copy of the supplemental declaration and report of Chris Rauwendaal is attached as **Exhibit DD**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 4, 2022.

                                            HOLLAND & HART LLP

                                            /s/ Brandon T. Christensen
                                            Brandon T. Christensen

                                            *Attorneys for Homeland Vinyl Products, Inc.*

**CERTIFICATE OF SERVICE**

I, Darren G. Reid, hereby certify that on February 4, 2022, I electronically filed the foregoing **TENTH DECLARATION OF BRANDON T. CHRISTENSEN IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

Jeffrey T. Lindgren
jlindgren@vbllaw.com

Eric W. Benisek
ebenisek@vbllaw.com

Gayle L. Gough
gayle.gough@ghcounsel.com

Laura L. Goodman
laura.goodman@ghcounsel.com

/s/ Darren G. Reid

18209924_v1