UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard A. Leines,<br><br>Plaintiff,<br><br>v.<br><br>Homeland Vinyl Products, Inc.,<br><br>Defendant. | Case No. 2:18-cv-00969-KJM-DB<br><br>**STIPULATION AND ORDER MODIFYING THE FINAL PRETRIAL ORDER** |

**STIPULATION AND ORDER MODIFYING THE FINAL PRETRIAL ORDER REGARDING MEET AND CONFER AND JOINT REPORT DATES**

**WHEREAS**, on November 9, 2021, Chief District Judge Kimberly J. Mueller issued a Final Pretrial Order (the "Pretrial Order") (ECF 156).

**WHEREAS**, the Pretrial Order directed the parties "to meet and confer in good faith to streamline their respective cases for trial, including by clarifying applicable points of law; to discuss whether further discovery is necessary; to identify additional undisputed facts; and to limit the factual, evidentiary, and legal disputes to be resolved at trial" by February 18, 2022. ECF 156 at 2.

STIPULATION AND ORDER       1

1  **WHEREAS**, the parties have filed several motions *in limine* and other pending motions
2  (the "pending motions") with oppositions to these motions due to be filed on February 18, 2022.

3  **WHEREAS**, the parties believe that the meet and confer process would be more
4  productive after the parties exchange oppositions to the pending motions on February 18, 2022
5  and consider the positions articulated therein.

6  **IT IS HEREBY STIPULATED** by and between the parties hereto through their
7  respective attorneys of record that Plaintiff Richard A. Leines and Defendant Homeland Vinyl
8  Products, Inc. will meet and confer in good faith to streamline their respective cases for trial by
9  February 21, 2022.

10  **IT IS FURTHER HEREBY STIPULATED** by and between the parties hereto through
11  their respective attorneys of record that Plaintiff Richard A. Leines and Defendant Homeland
12  Vinyl Products, Inc. shall file a joint report of their efforts to meet and confer on February 22,
13  2022.

14  **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

15  DATED:  February 16, 2022

| **PLAINTIFF RICHARD A. LEINES** | **DEFENDANT HOMELAND VINYL PRODUCTS, INC.** |
|---|---|
| By: /s/ *Eric Benisek*<br>*Counsel for the Plaintiff* | By: /s/ *Darren G. Reid (Pro Hac Vice) as authorized on 10/15/18*<br>*Attorney for the Defendant* |
| Eric W. Benisek (CASB# 209520)<br>ebenisek@vbllaw.com<br>Jeffrey T. Lindgren (CASB# 176400)<br>jlindgren@vbllaw.com<br>Vasquez Benisek & Lindgren LLP<br>1550 Parkside Drive, Suite 130<br>Walnut Creek, CA  94596<br>Telephone:     (925) 627-4250<br>Facsimile:      (925) 403-0900<br><br>*Attorneys for Plaintiff Richard A. Leines.* | GOUGH & HANCOCK LLP GAYLE L. GOUGH (SBN 154398)<br>gayle.gough@ghcounsel.com<br>LAURA L. GOODMAN (SBN 142689)<br>laura.goodman@ghcounsel.com<br>Two Embarcadero Center, Suite 640<br>San Francisco, CA 94111<br>Telephone: 415-848-8900<br><br>HOLLAND & HART LLP<br>Eric G. Maxfield (pro hac vice)<br>Darren G. Reid (pro hac vice)<br>222 South Main Street, Suite 2200<br>Salt Lake City, UT 84101<br>Telephone: (801)799-5833<br>Facsimile: (801)799-5700<br>egmaxfield@hollandhart.com |

dgreid@hollandhart.com

*Attorneys for Defendant Homeland Vinyl Products, Inc.*

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

This order resolves ECF No. 173.

DATED:  February 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER 3