UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard A. Leines, | No. 2:18-cv-00969-KJM-DB |
|     Plaintiff and Counter-Defendant, | ORDER |
|     v. | |
| Homeland Vinyl Products, Inc., | |
|     Defendant and Counterclaimant. | |

Defendant and counterclaimant Homeland Vinyl Products moves *in limine* to exclude evidence about a supplemental report by Dr. Chris Rauwendaal, an expert retained by plaintiff and counter-defendant Richard Leines. *See generally* Mot., ECF No. 161. In the disputed report, Dr. Rauwendaal describes how, after preparing his original report and after his deposition, he inspected properties where Homeland's "Gorilla Lock" decking had been installed. *See* Suppl. Report ¶ 4, ECF No. 172-30. He had not previously relied on any such inspections, *see id.*, and the deadline for expert discovery had passed, *see* Order, ECF No. 43.

Leines has agreed not to introduce the disputed report or any related testimony by Dr. Rauwendaal, but he argues that if Homeland asks Dr. Rauwendaal whether he has ever inspected any decking in the field, Dr. Rauwendaal could not truthfully say that he has not. *See* Opp'n at 4–

1

5, ECF No. 180.  Homeland argues in reply that the court should prohibit Dr. Rauwendaal from mentioning his field inspections no matter what Homeland asks at trial.  *See generally* Reply, ECF No. 197.  The court submitted the motion after a hearing on March 4, 2022, *see* Hr'g Mins., ECF No. 211.

The court will not instruct Dr. Rauwendaal to answer questions untruthfully.  If Homeland asks whether he has ever inspected any boards in the field, he may answer that he has done so.  But if Homeland prefers for the jury not to hear any evidence about these inspections, it may limit its questions carefully, emphasize Dr. Rauwendaal's decision not to conduct any inspections when he was forming his opinions, object to any opinions not in his original report, move to strike any nonresponsive answers, and impeach Dr. Rauwendaal with his original report and deposition testimony.

Homeland's second motion *in limine* (ECF No. 161) is **denied in part as moot** to the extent Leines agrees not to offer evidence at trial about Dr. Rauwendaal's supplemental report.  The motion is otherwise **denied in part without prejudice to objections at trial**.

IT IS SO ORDERED.

DATED:  March 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE