UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Richard A, Leines, | No. 2:18-cv-00969-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Homeland Vinyl Products, Inc., | |
| Defendant. | |

Following a jury trial, both plaintiff Richard A. Leines and defendant Homeland Vinyl Products, Inc. now move for attorneys' fees and have filed renewed motions for judgment as a matter of law based on Federal Rule of Civil Procedure 50(b).  On the court's own motion, good cause appearing, the parties are referred to **a post-trial settlement conference with Magistrate Judge Deborah Barnes, with the conference to be convened promptly**.  The hearing set for July 8, 2022 is continued to August 19, 2022 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

DATED:  May 30, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1