UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard A. Leines,<br><br>    Plaintiff,<br><br>    v.<br><br>Homeland Vinyl Products, Inc.,<br><br>    Defendant. | No. 2:18-cv-0969 KJM DB<br><br>**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATES** |

**STIPULATION AND ORDER MODIFYING SETTLEMENT CONFERENCE DATES**

    **WHEREAS**, on June 1, 2022, Chief District Judge Kimberly J. Mueller issued a minute order (the "Minute Order") referring the parties to Magistrate Judge Deborah Barnes to conduct a court convened settlement conference via remote means. ECF No. 281.

    **WHEREAS**, the Minute Order set a settlement conference date of June 22, 2022, an informal telephonic conference for June 17, 2022, and confidential settlement conference statements due June 15, 2022.

    **WHEREAS**, the parties had immovable conflicts with the scheduled dates and have since contacted Judge Barnes' deputy for alternative dates, and agreed on the following schedule of settlement conference statements due **June 17, 2022**, the informal telephonic conference on **June**

STIPULATION AND ORDER                         1

21, 2022 at **2:30 p.m.,** and the court convened settlement conference on **June 24, 2022** at **10:00 a.m**.

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiff Richard A. Leines and Defendant Homeland Vinyl Products, Inc. and their respective representatives will submit confidential settlement conference statements to Judge Barnes on **June 17, 2022**, counsel will participate in an informal telephonic conference with Judge Barnes on **June 21, 2022** at **2:30 p.m.**, and appear via video conference for a court convened settlement conference with Judge Barnes on **June 24, 2022** at **10:00 a.m**.

    **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED:  June 15, 2022

| **PLAINTIFF RICHARD A. LEINES** | **DEFENDANT HOMELAND VINYL PRODUCTS, INC.** |
|---|---|
| By: /s/ *Eric Benisek*<br>*Counsel for the Plaintiff*<br><br>Eric W. Benisek (CASB# 209520)<br>ebenisek@vbllaw.com<br>Vasquez Benisek & Lindgren LLP<br>1550 Parkside Drive, Suite 130<br>Walnut Creek, CA  94596<br>Telephone:     (925) 627-4250<br>Facsimile:      (925) 403-0900<br><br>*Counsel for Plaintiff Richard A. Leines.* | By: /s/  *Darren G. Reid (Pro Hac Vice) as authorized on 10/15/18*<br>*Attorney for the Defendant*<br><br>HOLLAND & HART LLP<br>Eric G. Maxfield (pro hac vice)<br>Darren G. Reid (pro hac vice)<br>222 South Main Street, Suite 2200<br>Salt Lake City, UT 84101<br>Telephone: (801)799-5833<br>Facsimile: (801)799-5700<br>egmaxfield@hollandhart.com<br>dgreid@hollandhart.com<br><br>*Attorneys for Defendant Homeland Vinyl Products, Inc.* |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  June 16, 2022        /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE